UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Patrick Walsh</u>

           v.                         Civil No. 08-cv-211-JL

<u>State of New Hampshire</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 17, 2008, no objection having been filed.

SO ORDERED.

November 17, 2008                         _____
                                                  Joseph N. Laplante
                                                  United States District Judge

cc:    Patrick Walsh, Pro se